HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RE SOURCES FOR SUSTAINABLE COMMUNITIES; A-1 BUILDERS; and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUILDING INDUSTRY ASSOCIATION OF WASHINGTON; BIAW MEMBER SERVICES; MASTER BUILDERS ASSOCIATION OF KING AND SNOHOMISH COUNTIES; and DOES 1-10,<br><br>Defendants. | No. 2:07-CV-01519-RSM<br><br>ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT |

BEFORE THE COURT is Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint.

The Court finds that the requested leave should be granted.

Accordingly,

**IT IS ORDERD** that:

ORDER GRANTING PLAINTIFFS LEAVE TO
FILE FIRST AMENDED COMPLAINT - 1
No. 2:07-CV-01519-RSM

1   Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint is GRANTED
2   and Plaintiff's First Amended Complaint filed contemporaneously therewith is hereby accepted for
3   filing.

    DATED this __11__ day of December 2007.

    RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS LEAVE TO
FILE FIRST AMENDED COMPLAINT - 2
No. 2:07-CV-01519-RSM