UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RE-SOURCES FOR SUSTAINABLE COMMUNITIES; A-1 BUILDERS; and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUILDING INDUSTRY ASSOCIATION OF WASHINGTON, et al.,<br><br>Defendants. | CASE NO. C07-1519RSM<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

This matter is before the Court for consideration of plaintiffs' motion for an extension of time to file replies to two pending motions. Dkt. # 35. The two motions are plaintiffs' motion for class certification, Dkt. # 28, currently noted for February 15, 2008, and plaintiffs' motion for partial summary judgment, Dkt. # 29, currently noted for February 8, 2008. Plaintiffs filed both motions on January 17, 2008, and on January 22, 2008 re-noted the class certification motion for a week later than the original noting date. Dkt. # 34. Defendants have opposed the motion for an extension of time.

The basis for plaintiffs' motion is their assertion that the four-day time period allowed under the local rules for filing a reply is simply to short too allow them to address the issues in this complex case. Local Rule CR 7(d)(3). Plaintiffs also assert that defendants have failed to timely comply with discovery requests, and have noted depositions during the four-day period available for plaintiffs to prepare their

ORDER ON MOTION FOR EXTENSION OF TIME - 1

reply on the summary judgment motion. Defendants in response assert that their discovery objections were well-founded, and that most of the documents which they agreed to provide by February 14, 2008 were in fact provided on February 4. Declaration of Harry Korrell, ¶¶ 7 - 14. Defendants also note that plaintiffs are represented by seven attorneys from three different law firms, and have sufficient resources to comply with concurrent obligations imposed by the court rules and litigation schedule.

The Court finds in plaintiffs' arguments no basis for extending the four-day reply period. While plaintiffs assert that defendants have demonstrated no prejudice that would arise from an extension, the Court finds that the real prejudice is to the Court and the members of the bar of this Court. The deadlines set forth in the local rules have been developed by the Court for good reasons, including the orderly management of its docket, and the creation of settled expectations of the litigants. The members of the bar are expected to meet those deadlines unless they can show good cause for a deviation, such as unexpected or exigent circumstances. Plaintiffs were fully aware of the deadlines when they chose to file early motions for class certification and for partial summary judgment. Their compliance cannot be excused simply because they (like most parties who litigate in this Court) feel their case is complex. The concurrent discovery obligations are well within the realm of circumstances which should have been anticipated, and do not qualify as unexpected or exigent circumstances.

Plaintiffs' motion for an extension of time to file their two replies is accordingly DENIED. However, as this ruling gives plaintiffs only one day's notice to file the reply on the motion for partial summary judgment (Dkt. # 29), the due date for that reply shall be extended until Tuesday, February 12, 2008.

Dated this 7th day of February, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION FOR EXTENSION OF TIME - 2